**NOT FOR PUBLICATION**                                                    **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____
                                                    :
ANDRES VALERIO, ET AL.,                              :
                                                    :
            Plaintiffs,                             :        Civil Action No.: 07-534 (JLL)
                                                    :
v.                                                  :        **ORDER ADOPTING THE REPORT**
                                                    :        **AND RECOMMENDATION OF**
NERMIN MUSTABASIC, ET AL.,                           :        **THE MAGISTRATE JUDGE**
                                                    :
                                                    :
            Defendants.                             :
_____:

      This matter having come before the Court on the Report and Recommendation of United States Magistrate Claire C. Cecchi, filed September 6, 2007, and the Court having received no objections, and the Court having reviewed the Report and Recommendation and other documents on file in this matter, and for good cause shown,

      **IT IS** on this 21st day of September, 2007,

      **ORDERED** that the Report and Recommendation of Magistrate Judge Claire C. Cecchi filed September 6, 2007, recommending that Plaintiff's motion to remand [Docket Entry No. 2] be granted is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

      **ORDERED** that this matter is remanded to the Superior Court of New Jersey, Law Division, Middlesex County and this case is **CLOSED**.

      **SO ORDERED**.                                    /s/ Jose L. Linares
_____United States District Judge